IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEANN COLLINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-2882 |
| | § | |
| JOHN DOE, a/k/a Ginger Johnson d/b/a | § | |
| Provocative Fine Arts Models & Escorts, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Ronald Ray Johnson has filed a motion requesting an emergency deposition and an extension of time to respond to a summary judgment motion and to file a summary judgment cross-motion. (Docket Entry No. 71 and 72.) The motion to extend time is intertwined with the discovery request. The filing of this motion is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of any motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

This motion is stricken. Counsel is directed to seek a premotion conference to address the subject matter of the motion.

SIGNED on May 29, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge