# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LEANN COLLINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-2882 |
| | § | |
| JOHN ANTHONY GRAY AND GRAY | § | |
| ENTERTAINMENT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The attached Court's Instructions to the Jury at Conclusion of Trial was charged to the jury on even date and is to be entered in the record.

SIGNED on November 16, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge